UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **CHARLES MILTON, JR.** | **CIVIL ACTION 09-1234** |
| **VERSUS** | **JUDGE HAIK** |
| **CITY OF FRANKLIN,** <br> **L. DESLATTE** | **MAGISTRATE JUDGE HANNA** |

### *MINUTES OF TELEPHONE STATUS CONFERENCE*

A telephone status conference was held on February 2, 2010, commencing at 10:30 a.m. and ending at 10:40 a.m. Participating in the conference was Timothy R. Richardson, counsel for defendants, and Brandon A. Brown, counsel for plaintiff. The purpose of the conference was to discuss plaintiff's failure to exchange initial disclosures, provide his inserts for the Rule 26(f) report, respond to the Rule 7(a) order, or oppose defendant's motion for summary judgment.

At the conference, counsel for plaintiff stated he recently provided defendant with his initial disclosures and inserts for the Rule 26(f) report. The parties and court agreed the Rule 26(f) report should be updated and resubmitted via email to chambers.

The parties discussed the pending motion for summary judgment and the 7(a) reply, and all agreed a joint or unopposed motion to extend the deadline for opposition to the motion and to filed the 7(a) reply should be filed.

Counsel for plaintiff apologized for the delay in meeting these deadlines, explaining he had experienced health problems. Counsel for both parties stated they were

working well together and both agreed the deadlines in the current scheduling order appeared adequate.

Counsel also explained new information had come to light that might affect resolution of the case. Therefore, plaintiff asked for and defendant agreed to an extension of 30 days to review the new information, and to oppose the motion for summary judgment and file the 7(a) reply, if indicated.

Therefore,

**IT IS ORDERED** that on or before February 9, 2010:

1) Counsel for plaintiff shall file a joint or unopposed motion to extend the deadline for opposition to the motion for summary judgment and the Rule 7(a) reply;

2) Counsel for defendant shall submit an updated Rule 26(f) report which includes plaintiff's inserts to hanna_orders@lawd.uscourts.gov.

Lafayette, Louisiana, this 4th day of February, 2010.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)