UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

CHARLES MILTON, JR.                                            NO. 6:09-CV-1234

VERSUS

OFFICER L. DESLATTE, THE CITY OF                      DIVISION "    "
FRANKLIN AND THE FRANKLIN
POLICE DEPARTMENT

### MOTION TO HAVE THE PARTIAL MOTION TO DISMISS SET FOR MARCH 11, 2010 BE HEARD WITHOUT ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Officer Deslatte, who hereby moves to have the March 11, 2010 Motion be heard without oral argument. This Motion was previously set for February 11, 2010, but was continued to March 11, 2010 because counsel for plaintiff had not filed an Opposition.

On February 11, 2010, this Honorable Court issued an Order continuing the hearing until March 11, 2010 and ordering that plaintiff file an Opposition by February 25, 2010 (Record 20). However, counsel for plaintiff has still not filed a reply. The deadline has passed and the defendant requests that the Motion be heard without oral argument. It has not been opposed and no Rule 7(a) reply has been filed. Therefore, Officer Deslatte prays that the Motion should be heard without the necessity of oral argument and that the Motion be granted.

        Respectfully submitted:

        <u>s/Timothy R. Richardson</u>
        Timothy R. Richardson, #27625
        USRY, WEEKS & MATTHEWS
        1615 Poydras Street, Suite 1250
        New Orleans, LA 70112

<u>**CERTIFICATE OF SERVICE**</u>

    I do hereby certify that on this 4th day of March, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail properly addressed and postage prepaid.

        <u>S/TIMOTHY R. RICHARDSON</u>