RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/20/10
BL

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHARLES MILTON | CIVIL ACTION 09-1234 |
| VERSUS | JUDGE HAIK |
| CITY OF FRANKLIN, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

A Motion to Dismiss was filed by the City of Franklin on May 5, 2010 (Doc #28). To date, the Motion is unopposed. Consequently, the City of Franklin is dismissed. As the City of Franklin was the sole remaining defendant, this case is hereby **DISMISSED in its entirety. The Clerk of Court is hereby directed to close this case in the court's records.**

THUS DONE and SIGNED on this 20th day of August 2010.

_____
District Judge Richard T. Haik, Sr.
United States District Court
Western District of Louisiana